THE HOLLAND TRUST COMPANY, Respondent, *v.* JAMES A. WADDELL, Appellant.

*Holland Trust Co.* v. *Waddell,* 75 Hun, 104, affirmed.
(Argued January 25, 1897; decided February 9, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the first judicial department, entered January 20, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Burton N. Harrison* for appellant.

*George H. Yeaman, John E. Roosevell* and *George C. Kobbé* for respondent.

Judgment affirmed, on opinion below, with costs.
All concur.

———

LA SOCIETE ANONYME DE L'UNION DES PAPETERIES, Respondent, *v.* SAMUEL M. MARKS et al., Appellants.

*La Société, etc.,* v. *Marks,* 83 Hun, 610, affirmed.
(Submitted January 26, 1897; decided February 9, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the first judicial department, entered December 20, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Abram Kling* for appellants.

*F. R. Coudert* and *Joseph Kling* for respondent.

Judgment affirmed, with costs, on opinions below.